AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Central  District of California

| | |
|---|---|
| ROLEX WATCH U.S.A., INC., a New York corporation, | Civil Action No. 2:25-cv-03990 |
| *Plaintiff(s)* | |
| v. | |
| SDOT WATCHES LLC, a California limited liability company, d/b/a SWISS WRIST D/B/A/ WWW.SWISSWRIST.COM; SWISS WRIST, INC., a Florida corporation; SWISS ANGELES, a California corporation; NICHOLAS JOHN ZAPF a/k/a NICK ZAPF, a U.S. citizen; FIRST CLASS DIALS LLC, a California limited liability company, d/b/a WWW.FIRSTCLASSDIALS.COM; AUSTIN'S WATCHES, INC., a California corporation, d/b/a WWW.AUSTINSWATCHES.COM; AUSTIN KYLE PETERSON a/k/a AUSTIN PETERSON, a U.S. citizen; JOHN ROONEY, a U.S. citizen, | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SDOT WATCHES LLC, a California limited liability company, d/b/a SWISS WRIST D/B/A/ WWW.SWISSWRIST.COM

SWISS WRIST, INC., a Florida corporation

SWISS ANGELES, a California corporation

NICHOLAS JOHN ZAPF a/k/a NICK ZAPF, a U.S. citizen

FIRST CLASS DIALS LLC, a California limited liability company, d/b/a WWW.FIRSTCLASSDIALS.COM

AUSTIN'S WATCHES, INC., a California corporation, d/b/a WWW.AUSTINSWATCHES.COM

AUSTIN KYLE PETERSON a/k/a AUSTIN PETERSON, a U.S. citizen

JOHN ROONEY, a U.S. citizen,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tyler E. Baker (Cal. Bar No. 349367)
Theodore C. Max (pending pro hac vice)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700 / Facsimile:  310.228.3701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-03990

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.


Date: _____                     _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*


                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc: