**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLEX WATCH U.S.A., INC.,<br><br>Plaintiff,<br><br>v.<br><br>SDOT WATCHES LLC d/b/a SWISS WRIST d/b/a/ WWW.SWISSWRIST.COM; SWISS WRIST, INC.; SWISS ANGELES; NICHOLAS JOHN ZAPF a/k/a NICK ZAPF; FIRST CLASS DIALS LLC d/b/a WWW.FIRST CLASSDIALS.COM; AUSTIN'S WATCHES, INC d/b/a WWW.AUSTINSWATCHES.COM; AUSTIN KYLE PETERSON a/k/a AUSTIN PETERSON; and JOHN ROONEY,<br><br>Defendants. | Case No. 2:25-cv-03990-AH-SK<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL *WITH* PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>*[Filed concurrently with Joint Stipulation of Dismissal]*<br><br>Action Filed: May 5, 2025<br>Trial Date: January 19, 2027 |

Having read and considered the Joint Stipulation to Dismiss Entire Action with Prejudice Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) (the "Motion") filed by Rolex Watch U.S.A., Inc. ("Plaintiff"), defendants Sdot Watches LLC d/b/a Swiss Wrist d/b/a www.swisswrist.com, Swiss Wrist, Inc., Swiss Angeles, Nicholas John Zapf a/k/a Nick Zapf (hereinafter collectively, the "Swiss Wrist Defendants"), and defendants First Class Dials LLC d/b/a www.firstclassdials.com, Austin's Watches Inc. d/b/a www.austinswatches.com, Austin Kyle Peterson a/k/a Austin Peterson and John Rooney (hereinafter collectively, the "First Class Dials Defendants") (the

Swiss Wrist Defendants and the First Class Dials Defendants, collectively, are the "Defendants," and together with Plaintiff, collectively, are the "Parties"), and good cause appearing, it is hereby ORDERED that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this entire action and all parties are dismissed WITH PREJUDICE, with each Party to bear his or its own costs, expenses and attorneys' fees.

Dated: August 27, 2026

HON. ANNE HWANG
DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA